**Judge Hellerstein**

08-5059

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

AMCOM SOFTWARE, INC.,

           Plaintiff,

— v. —

SDC SOLUTIONS, INC. and
JOSEPH P. KOSAKOWSKI,

           Defendants.

------------------------------------------------------------ X

Civil Action No.

**RULE 7.1 STATEMENT**

RECEIVED JUN 03 2008 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff Amcom Software, Inc. ("Amcom"), by and through its attorneys, Dorsey & Whitney LLP, states as follows:

1. Amcom's parent corporation is 2ndWave Software, LLC, a Delaware corporation.

2. No publicly held company owns ten percent or more of Amcom's stock.

Dated: New York, New York
       June 2, 2008

DORSEY & WHITNEY LLP

By _____
Christopher G. Karagheuzoff (CK 1122)
Stephen M. Raab (SR 0742)
250 Park Avenue
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Plaintiff
Amcom Software, Inc.