```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08
```

Hellerstein, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
AMCOM SOFTWARE, INC.,                :    Case No. 08-CV-5059 (AKH)
                  Plaintiff,         :
                                     :
        – v. –                       :    **ORDER TO SHOW CAUSE FOR**
                                     :    **PRELIMINARY INJUNCTION**
SDC SOLUTIONS, INC. and              :
JOSEPH P. KOSAKOWSKI,                :
                                     :
                  Defendants.        :
                                     :
------------------------------------------------------- X

Upon the application of plaintiff Amcom Software, Inc. ("Amcom"), supported by the Declaration of Chris Heim, executed on May 29, 2008, the exhibits annexed thereto, the accompanying memorandum of law, and the plaintiff's complaint, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 14D, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on June, 17, 2008, at 10:00 o'clock, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure (1) enjoining the defendants, during the pendency of this action, from directly or indirectly disclosing or using any and all of Amcom's proprietary information, including the information contained in Amcom's "Goldmine" database and any other proprietary information that was misappropriated by defendant Kosakowski from Amcom and (2) requiring that defendants immediately return and/or destroy all copies and versions of Amcom's proprietary information, whether contained on Kosakowski's laptop or otherwise in the defendants' possession, custody or control, and certify to Amcom under penalty of perjury that they have returned and/or destroyed all copies and versions of such information; and

[handwritten annotations at bottom, partially illegible: "See *** the *** of *** without *** " "RTH"]

IT IS FURTHER ORDERED that personal service of a copy of this order and accompanying complaint, declaration, and memorandum of law upon the defendants or their counsel on or before 5:00 p.m. o'clock ~~in the~~ on June 4 ~~noon~~, 2008, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: Jun 3, 2008

_____
United States District Judge

As PART I