# AFFIDAVIT OF PROCESS SERVER

AmCom Software Inc. **Plaintiff/Petitioner** vs SDC Solutions, Inc and Joseph P. Kosakowski **Defendant/Respondent**   08-CV-5059 (AKH) **Case Number**

I Chris Taylor, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served SDC Solutions Inc
**Name of Person / Entity being served**
With (List documents) Prelim Injunction Brief, complaint, OSC, Judge Hellerstein's Rules, Summons, Heim Declaration, Civil Cover Sheet, Judge Pitman's Rules, Electronic Filing Guides
by leaving with Marianne Gray (Director, Finance and Operations) At
**Name** **Relationship**
( ) **Residence** _____
**Address** **City / State**
(X) **Business** 835 Hanover Street Suite 305 Manchester NH, 03104
**Address** **City / State**
On 6/03/08 AT 4:38 PM
**Date** **Time**

**Manner of Service:**
( ) **Personal:** By personally delivering copies to the person being served. "In Hand"
( ) **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
(X) **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
( ) **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s).
( ) Unknown at address   ( ) Moved, left no forward   ( ) Service cancelled by Litigant
( ) Address Does Not Exist ( ) Other _____

**Service Attempts:** Service was attempted on (1) _____ (2) _____
**Date / Time** **Date / Time**
(3) _____ (4) _____
**Date/ Time** **Date/ Time**
**Description:** Age 45 Sex F Race Wht Height 5'4" Weight 110 Hair BR Beard NO Glasses NO

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.                                    ___ day of _____, 20___

_Chris T_
**Signature of Server**                                                    **Notary Public**   (Commission Expires)

**Steve Byers Investigations**
**PO Box 3**
**Barnstead, NH 03218**
**1-603-776-2776**
**Fax: 1-603-776-5252**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

AMCOM SOFTWARE, INC.

V.

SDC SOLUTIONS, INC., JOSEPH P. KOSAKOWSKI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5059

TO: (Name and address of Defendant)

SDC SOLUTIONS, INC., 836 Hanover Street, Suite 305, Manchester, NH 03104

JOSEPH P. KOSAKOWSKI, 38 Longview Road, Lebanon, NJ 08833-4501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 03 2008

CLERK                                                 DATE

(By) DEPUTY CLERK