UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

AMCOM SOFTWARE, INC.,                          :

                Plaintiff,                   :        **Case No. 08 CV 5059**

     - against -                               :        **AFFIDAVIT OF SERVICE**

SDC SOLUTIONS, INC., AND JOSEPH P.            :
KOSAKOWSKI                                     :

              Defendant.              :

--------------------------------------------------------X

STATE OF NEW YORK      )
                         )ss.:

COUNTY OF   QUEENS     )

     Andrew Bartley, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

     On June 3, 2008, at approximately 9:42 p.m. at 38 Longview Road, Lebanon, NJ 08833, Deponent served the within Order to Show Cause dated June 3, 2008, Civil Cover Sheet, Summons in a Civil case, Complaint, Memo of Law in Support of Preliminary Injunction, Declaration of Chris Heim, Individual Rules of the Honorable Alvin K. Hellerstein, Individual Practice of Magistrate Judge Henry Pitman, and the Guidelines for Electronic Case Filing upon **Joseph P. Kosakowski** by delivering to and leaving with Joseph P. Kosakowski a true and correct copy of said documents.

     At the time of said service, Deponent asked whether Joseph P. Kosakowski is on active duty in the Armed Forces of the United States of America and received a negative response.

     Joseph P. Kosakowski is described as a white male, approximately 60-65 years of age, 200-215 lbs., 5'10-6' tall, with blond hair and wears glasses.

                                  Andrew Bartley

Sworn to before me this
4 day of June, 2008

_Karlene S Jackson_
    Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York City
Commission Expires November 17, 2009

**Judge Hellerstein**

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

AMCOM SOFTWARE, INC.

V.

SDC SOLUTIONS, INC., JOSEPH P.
KOSAKOWSKI

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

'08 CIV 5059

TO: (Name and address of Defendant)

SDC SOLUTIONS, INC., 836 Hanover Street, Suite 305, Manchester, NH
03104

JOSEPH P. KOSAKOWSKI, 38 Longview Road, Lebanon, NJ
08833-4501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              JUN 03 2008

_____              _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK