UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMCOM SOFTWARE, INC.<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SDC SOLUTIONS, INC. and<br>JOSEPH P. KOSAKOWSKI,<br>　　　　　　Defendants | CASE NO.: 08 CIV 5059 (AKH)<br><br>**NOTICE OF APPEARANCE**<br><br>**Document Electronically Filed** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Joseph C. O'Keefe of Proskauer Rose LLP as counsel in this case for Defendant SDC SOLUTIONS, INC. and send electronic notification of all papers filed with the Court by notice on the following e-mail address: jokeefe@proskauer.com.

　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　PROSKAUER ROSE LLP



　　　　　　　　　By:　/s/ Joseph C. O'Keefe
　　　　　　　　　　　　Joseph C. O'Keefe
　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　One Newark Center, 18th Floor
　　　　　　　　　　　　Newark, New Jersey  07102
　　　　　　　　　　　　Telephone:  (973) 274-3200
　　　　　　　　　　　　Fax:  (973) 274-3299
　　　　　　　　　　　　jokeefe@proskauer.com
　　　　　　　　　　　　*Attorneys for Defendant*

Dated:  June 10, 2008

5675/99999-081  Current/11315945v1