UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMCOM SOFTWARE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SDC SOLUTIONS, INC. and<br>JOSEPH P. KOSAKOWSKI<br><br>Defendants | CASE NO.: 08 CIV 5059 (AKH)<br><br>**MOTION TO ADMIT**<br>**COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph C. O'Keefe, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of George T. Campbell, III and Tracey Goyette Cote.

Attorneys George T. Campbell, III and Tracey Goyette Cote are members in good standing of the Bar of the State of New Hampshire. There are no pending disciplinary proceedings against Attorneys George T. Campbell, III and Tracey Goyette Cote in any state or federal court.

Dated: Newark, New Jersey
        June 10, 2008

                                                PROSKAUER ROSE LLP

                                                By: _____
                                                Joseph C. O'Keefe (JO-0736)
                                                One Newark Center – 18th Floor
                                                Newark, New Jersey 07102
                                                Telephone: (973) 274-3200
                                                Fax: (973) 274-3299
                                                jokeefe@proskauer.com
                                                *Attorneys for SDC Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMCOM SOFTWARE, INC.

    Plaintiff,

vs.

SDC SOLUTIONS, INC. and
JOSEPH P. KOSAKOWSKI

    Defendants

---

CASE NO.: 08 CIV 5059 (AKH)

**DECLARATION OF JOSEPH C. O'KEEFE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

City of Newark )
      ) ss.
County of Essex )

  JOSEPH C. O'KEEFE, declares, pursuant to 28 USC § 1746, that the following is true and correct:

  1. I am an attorney at law and Senior Counsel with Proskauer Rose LLP, counsel for Defendant SDC Solutions, Inc. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit George T. Campbell, III and Tracey Goyette Cote as counsel pro hac vice to represent the Defendant in this matter.

  2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on December 19, 1993. I am also a member in good standing at the bar of the State of New Jersey, and was admitted to practice law in the State of New Jersey in November, 1991. I am also admitted to the bars of the United States District Court for the Southern District of New York and the United States District Court for the District

of New Jersey, and the United States Court of Appeals for the Third Circuit and am in good standing with these Courts.

3. I have known George T. Campbell, III since 1984 and I have known Tracey Goyette Cote since 2008.

4. George T. Campbell, III is Senior Counsel to Robert Stein & Associates, PLLC, in New Hampshire. Tracey Goyette Cote is Of Counsel to Robert Stein & Associates, PLLC, in New Hampshire.

5. Robert Stein & Associates PLLC has an office located at One Barberry Lane, P.O. Box 2159, Concord, NH 03302-2159.

6. I have found Attorneys George T. Campbell, III and Tracey Goyette Cote to be skilled attorneys and persons of integrity. They are experienced in federal practice and are familiar with the Federal Rules of Procedure. Attached hereto as Exhibits A and B are Certificates of Good Standing issued by the New Hampshire Supreme Court on June 6, 2008 confirming that both Mr. Campbell and Ms. Goyette Cote are members in good standing of the New Hampshire Bar.

7. Accordingly, I am pleased to move the admission of Attorneys George T. Campbell, III and Tracey Goyette Cote, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Attorneys George T. Campbell, III and Tracey Goyette Cote, *pro hac vice*, which is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE it is respectfully requested that the motion to admit Attorneys George T. Campbell, III and Tracey Goyette Cote, *pro hac vice*, to represent the Defendant in the above-captioned matter, be granted.

Dated: June 10, 2008

Newark, New Jersey

_____
Joseph C. O'Keefe

# The State of New Hampshire Supreme Court

**Be it Remembered,**

That at the _____October_____ Session, ~~20~~ 1994 term of the Supreme Court, held at Concord, within and for The State of New Hampshire, __George Thomas Campbell, III__, Esquire, of __Hooksett__ in the County of __Merrimack, New Hampshire__ having been found qualified for admission to the bar, in accordance with the Rules of Court, and having in open Court, on the _____thirty-first_____ day of _____October_____ ~~20~~ 1994, subscribed and taken the oath to support the Constitution of the United States of America, the oath of allegiance to the State of New Hampshire and the oath of office, **was admitted to practice as an attorney** in the Courts of this State and remains in good standing in so far as the records of this office disclose.

**In Testimony Whereof,** I have hereunto set my hand, and affixed the seal of said Court, this _____6th_____ day of _____June_____ 20__08__

*Marcia McCormack*, Deputy Clerk

# The State of New Hampshire
## Supreme Court

**Be it Remembered,**

That at the _____May_____ Session, 20_06 term_ of the Supreme Court, held at Concord, within and for The State of New Hampshire, __Tracey Goyette Cote__, Esquire, of __Sutton__ in the County of __Sullivan, New Hampshire__ having been found qualified for admission to the bar, in accordance with the Rules of Court, and having in open Court, on the _____twenty-second_____ day of _____May_____ 20_06_, subscribed and taken the oath to support the Constitution of the United States of America, the oath of allegiance to the State of New Hampshire and the oath of office, **was admitted to practice as an attorney** in the Courts of this State and remains in good standing in so far as the records of this office disclose.

**In Testimony Whereof,** I have hereunto set my hand, and affixed the seal of said Court, this _____6th_____ day of _____June_____ 20_08_.

_Marcia McCormack_    Deputy Clerk.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMCOM SOFTWARE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SDC SOLUTIONS, INC. and<br>JOSEPH P. KOSAKOWSKI,<br><br>Defendants | CASE NO.: 08 CIV 5059 (AKH)<br><br>**ORDER FOR ADMISSION PRO**<br>**HAC VICE ON WRITTEN MOTION** |

Upon the motion of Joseph C. O'Keefe, attorney for Defendant SDC Solutions, Inc.. ("Defendant"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

George T. Campbell, III
and
Tracey Goyette Cote

are admitted to practice *pro hac vice* as counsel for the Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 10, 2008
City, State: New York, New York

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMCOM SOFTWARE, INC.<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SDC SOLUTIONS, INC. and<br>JOSEPH P. KOSAKOWSKI,<br>　　　　　　　Defendants | CASE NO.: 08 CIV 5059 (AKH)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 11th day of June, 2008, he did cause a true and correct copy of **Defendant SDC Solutions, Inc.'s Motion to Admit Counsel Pro Hac Vice**, and all exhibits thereto, to be sent via First Class Mail, postage prepaid, to counsel of record for Plaintiffs Amcom Software, Inc.

　　　　　　　　　　Christopher G. Karagheuzoff
　　　　　　　　　　Stephen M. Raab
　　　　　　　　　　Dorsey & Whitney LLP
　　　　　　　　　　250 Park Avenue
　　　　　　　　　　New York NY 10177

　　　　　　　　　　_____
　　　　　　　　　　Joseph C. O'Keefe
　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　One Newark Center – 18th Floor
　　　　　　　　　　Newark, New Jersey  07102
　　　　　　　　　　Telephone: (973) 274-3200
　　　　　　　　　　Fax: (973) 274-3299
　　　　　　　　　　jokeefe@proskauer.com
　　　　　　　　　　*Attorneys for Defendant SDC Solutions, Inc.*

5675/99999-081 Current/11315919v1