

**DORSEY**
DORSEY & WHITNEY LLP

RECEIVED
JUN 1 2 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

STEPHEN RAAB
(212) 415-9338
FAX (646) 417-7253
raab.stephen@dorsey.com

June 12, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 6/16/08

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re: *Amcom Software, Inc. v. SDC Solutions, Inc. and Joseph P. Kosakowski*, Index No. 08-CV-5059 (AKH) (HBP)

Dear Judge Hellerstein:

We represent the plaintiff, Amcom Software, Inc. ("Amcom"), in the above-referenced matter.

A hearing on Amcom's motion for a preliminary injunction is currently scheduled for June 17, 2008. We have conferred with counsel for defendants, who have requested an adjournment of the preliminary injunction hearing to July 18, 22, 23, or 24, 2008. Because such adjournment would allow the parties time to take expedited discovery in advance of the hearing and/or explore whether settlement is possible, and because the defendants have agreed to a stipulated temporary restraining order pending the hearing, Amcom has consented to that request.

Accordingly, and pursuant to Section 1(D) of Your Honor's Individual Practices, the parties respectfully request that the Court endorse the enclosed Stipulated Temporary Restraining Order, and adjourn the preliminary injunction hearing, subject to the Court's schedule, to any of the above-referenced dates, or to another date subsequent thereto that is convenient for the Court.

*[Handwritten endorsement: The hearing is adjourned to July 29, 2008, 9:30 am, 6.16.08  /s/ AKH]*



Hon. Alvin K. Hellerstein
June 12, 2008
Page 2

No previous requests for an adjournment of the foregoing hearing have been made:

Respectfully,

Stephen M. Raab

Enclosure

cc: George T. Campbell III, Esq. (Counsel to Defendants) (w/ enclosure)
Joseph O'Keefe, Esq. (Counsel to Defendants) (w/enclosure)

DORSEY & WHITNEY LLP