UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMCOM SOFTWARE, INC.

          Plaintiff,

vs.

SDC SOLUTIONS, INC. and
JOSEPH P. KOSAKOWSKI,

          Defendants

---

CASE NO.: 08 CIV 5059 (AKH)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

Upon the motion of Joseph C. O'Keefe, attorney for Defendant SDC Solutions, Inc.. ("Defendant"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

        George T. Campbell, III
        and
        Tracey Goyette Cote

are admitted to practice *pro hac vice* as counsel for the Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 16, 2008
City, State: New York, New York

                                                              United States District Judge