PROSKAUER ROSE LLP
Joseph C. O'Keefe
Mark A. Saloman
PROSKAUER ROSE LLP
One Newark Center – 18th Floor
Newark, New Jersey  07102
Telephone:  (973) 274-3200
Fax:  (973) 274-3299
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| AMCOM SOFTWARE, INC., | : | Civil Case No.: 08 CIV 5059 (AKH)(HBP) |
| Plaintiff, | : | **RULE 7.1 DISCLOSURE STATEMENT** |
| v. | : | |
| SDC SOLUTIONS, INC. and JOSEPH P. KOSAKOWSKI, | : | **ECF CASE** |
| Defendants. | : | |

---

1.  This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

2.  Defendant SDC Solutions, Inc. has no corporate parents and no public corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>June 20, 2008 | By:  s/ Joseph C. O'Keefe<br>*Attorneys for Defendants*<br>Joseph C. O'Keefe<br>Mark A. Saloman<br>PROSKAUER ROSE LLP<br>One Newark Center – 18th Floor<br>Newark, New Jersey  07102<br>Telephone:  (973) 274-3200<br>Fax:  (973) 274-3299<br>*jokeefe@proskauer.com*<br>*msaloman@proskauer.com*<br><br>George T. Campbell, III<br>Tracey Cote<br>Robert Stein & Associates, PLLC<br>Attorneys at Law<br>One Barberry Lane<br>PO Box 2159<br>Concord, New Hampshire 03302-2159<br>Telephone: (603) 228-1109<br>Fax: (603) 228-5326<br>*gcampbell@robertsteinandassociates.com*<br>*tcote@robertsteinandassociates.com*<br>*Admitted Pro Hac Vice* |

2