

**DORSEY**
DORSEY & WHITNEY LLP



*[Handwritten note:]* The motion for injunction is denied, without prejudice to reinstatement by motion of either side. The delay will not be considered for or against the motion. 7-24-08 /s/ AKH

STEPHEN RAAB
(212) 415-9338
FAX (646) 417-7252
raab.stephen@dorsey.com

July 23, 2008

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007



Re:   *Amcom Software, Inc. v. SDC Solutions, Inc. and*
      *Joseph P. Kosakowski*, Index No. 08-CV-5059 (AKH) (HBP)

Dear Judge Hellerstein:

We represent the plaintiff, Amcom Software, Inc. ("Amcom"), in the above-referenced matter.

A hearing on Amcom's motion for a preliminary injunction is currently scheduled to occur on July 29, 2008. By correspondence dated July 9, 2008, counsel for the defendants requested that the Court adjourn that hearing date to proposed dates in late August. We understand that last week the Court contacted counsel to the defendants regarding the Court's availability, but that the date of the hearing has not yet been adjourned.

The parties to the lawsuit are now considering entering into a mutual business transaction. Although the business transaction is unrelated to the lawsuit, the outcome of such transaction may have the effect of extinguishing the lawsuit. The parties anticipate business discussions to continue for several weeks.

So as to allow for the potential conservation of the parties' and judicial resources, the parties request, pursuant to Section 1(D) of Your Honor's Individual Practices, that the Court adjourn the preliminary injunction hearing, subject to the Court's schedule, to any of the following dates: September 22, 23, 26, 29, or 30.



Hon. Alvin K. Hellerstein
July 23, 2008
Page 2

      One prior request for an adjournment of the foregoing hearing has been granted, resulting in the adjournment of the hearing from June 17, 2008 to July 29, 2008. As noted above, the defendants' July 9 request for an adjournment has been superseded by the parties' instant request.

                            Respectfully,

                            Stephen M. Raab

cc:    George T. Campbell III, Esq. (Counsel to Defendants) (by email)
       Joseph O'Keefe, Esq. (Counsel to Defendants) (by email)