



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/08

( ﹚ DORSEY
DORSEY & WHITNEY LLP

**STEPHEN RAAB**
(212) 415-9338
FAX (646) 417-7253
raab.stephen@dorsey.com

July 31, 2008

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

> Re:   *Amcom Software, Inc. v. SDC Solutions, Inc. and*
>       *Joseph P. Kosakowski,* **Index No. 08-CV-5059 (AKH) (HBP)**

Dear Judge Hellerstein:

We represent the plaintiff, Amcom Software, Inc. ("Amcom"), in the above-referenced matter. Pursuant to the instructions of your law clerk, I am writing to request a reinstatement of Amcom's motion for a preliminary injunction in order to preserve the effect of the stipulated temporary restraining order entered in this case on June 16, 2008 (the "Stipulated TRO"), and to enable the parties to continue efforts which may resolve this dispute outside of litigation.

In June, Amcom agreed to defendants' first request to adjourn the preliminary injunction hearing only on the condition that defendants agreed, among other things, to (1) return all of Amcom's confidential information at issue in this case, (2) remove all copies and derivatives of that information from defendants' computers and files, and (3) refrain from further use of any of that information. In short, the Stipulated TRO provides Amcom, on a temporary basis, with much of the relief that it seeks by its motion for a preliminary injunction.

Since that time, all activity that has occurred in the case, which has included, among other things, limited document discovery and a deposition, and most recently, the parties' joint request for an adjournment of the preliminary injunction hearing, has been premised on the defendants' compliance with the Stipulated TRO (and avoidance of the harm Amcom alleges that the defendants have caused) pending the outcome of a hearing. The terms of the Stipulated TRO apply, however, only "pending this Court's hearing and decision on Amcom's motion for a preliminary injunction."



DORSEY & WHITNEY THREE

Hon. Alvin K. Hellerstein
July 31, 2008
Page 2


On July 23, 2008, I wrote on behalf of all parties to advise the Court of ongoing business negotiations between the parties that could result in the disposition of this case without further litigation, and to request an adjournment of the hearing on Amcom's motion for a preliminary injunction.  Yesterday, we learned that the Court endorsed that letter by stating "The motion for injunction is denied without prejudice to reinstatement by notice of either side.  The delay will not be considered for or against the motion."  Because the Court's endorsement could potentially be interpreted as a decision that terminates the operation of the Stipulated TRO, which would disrupt the parties' negotiations and likely lead to immediate renewed litigation, Amcom respectfully requests that the Court reinstate its motion for a preliminary injunction, and schedule the hearing, subject to the Court's schedule, to any of the dates previously requested (September 22, 23, 26, 29, or 30).

We thank the Court for its consideration.

Respectfully,

Stephen M. Raab


cc:    George T. Campbell III, Esq. (Counsel to Defendants) (by email)
       Joseph O'Keefe, Esq. (Counsel to Defendants) (by email)